COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause Number:        01-12-00618-CV

Trial Court Cause
Number:              2009-52281

Style:               H2O Solutions, Ltd.

**v** PM Realty Group, LP and Provident Investor Group, GP, LLC

Date motion filed[*]:   March 31, 2014

Type of motion:      Motion for Extension of Time

Party filing motion: Appellant

Document to be filed: Motion for Rehearing

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

     Original due date:                          February 28, 2014

     Number of previous extensions granted:      1

     Date Requested:                             April 15, 2014

Ordered that motion is:

    ☒  Granted

        If document is to be filed, document due:  <u>April 15, 2014</u>

        ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐  Other: _____

Judge's signature: <u>/s/ Evelyn V. Keyes</u>

      ☒ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date: <u>April 1, 2014</u>